570 A.2d 962

MOLLY PITCHER VILLAGE v. BOROUGH OF RED BANK.

MOLLY PITCHER VILLAGE TENANTS' ASSOCIATION v. MAYOR AND COUNCIL OF BOROUGH OF RED BANK, ET AL.

October 23, 1989.

Petition for certification denied.

570 A.2d 962

316–49 ST. ASSOCIATES, ETC. v. HECTOR ESTRELLA, ET AL.

October 23, 1989.

Petition for certification denied.

570 A.2d 962

LONGFELLOW CONSTRUCTION CORP., ETC. v. RUDY GRILLO, D/B/A RUDY GRILLO AGENCY v. COPPOLA FARMING CORP., ETC.

October 23, 1989.

Petition for certification denied.